STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2001

at ___ o'clock and ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01 00016 DAE |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [18 U.S.C. § 1014 and 42 |
| CONSTANCE KIDD, ) | U.S.C. § 408(a)(7)] |
|   aka Wellington Vandross, ) | |
|   aka Wellington Vanross, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about July 13, 2000, within the District of Hawaii, defendant CONSTANCE KIDD, aka Wellington Vandross and Wellington Vanross, knowingly made a false statement and report for the purpose of influencing in any way the action of Bank of America, an institution the accounts of which were at the time insured by the Federal Deposit Insurance Corporation, upon any

application, commitment, and loan; to wit, defendant CONSTANCE KIDD, aka Wellington Vandross and Wellington Vanross, applied for a residential mortgage loan with the Bank of America containing a false name, false social security number, false address, and false employment information, when in truth and fact defendant well knew that she was using a false name, false social security number, false address, and false employment information on the application.

All in violation of Title 18, United States Code, Section 1014.

### COUNT 2

The Grand Jury further charges:

On or about July 13, 2000, within the District of Hawaii, defendant CONSTANCE KIDD, aka Wellington Vandross and Wellington Vanross, for the purpose of obtaining any payment and any benefit for herself to which she was not entitled, and with the intent to deceive, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to herself, when in fact such

//
//
//
//
//
//
//

number was not the social security number assigned by the Commissioner of Social Security to her.

All in violation of Title 42, United States Code, Section 408(a)(7).

DATED:   Jan. 10, 2001  , at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

United States v. Constance Kidd
Cr. No. _____
"Indictment"

3